## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BEWAJI OLABAMIDELE OLUMIDE,

                    Petitioner,              **ORDER ADOPTING REPORT**
                                              **AND RECOMMENDATION**

      v.

                                        Civil File No. 25-2893 (MJD/SGE)

TRACY BELZ,

                    Respondent.

Bewaji Olabamidele Olumide, <u>pro se</u>.
Jonathan M. Janssen, Assistant Blue Earth County Attorney, for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated June 9, 2026, recommending that the Court deny Petitioner's petition for a writ of habeas corpus. Petitioner has filed objections to the Report and Recommendation. (Docs. 15, 16.) He also filed a successive petition for a writ of habeas corpus asserting the same argument that was raised in both of his documents containing objections to the Report and Recommendation. (Doc. 17.)

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the

Court overrules Petitioner's objections and adopts the June 9, 2026 Report and

Recommendation of United States Magistrate Judge Shannon G. Elkins.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated June 9, 2026 **[Doc. 14]**;

2. Petitioner Bewaji Olabamidele Olumide's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;

3. Petitioner Bewaji Olabamidele Olumide's Petition for Writ of Habeas Corpus **[Doc. 17]** is **DENIED as moot**;

4. This action is **DISMISSED with prejudice**; and

5. No certificate of appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 4, 2026                                   s/Michael J. Davis
                                                         Michael J. Davis
                                                         United States District Court

2